IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:04CR130 |
| PLAINTIFF, | : | JUDGE WALTER HERBERT RICE |
| v. | : | |
| RONALD TAYLOR, et al. | : | |
| DEFENDANTS. | : | |

### ORDER FOR INTERLOCUTORY SALE OF DEFENDANT RONALD TAYLOR'S ASSETS

Based upon the motion of the United States of America, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The United States Motion for Interlocutory Sale of Ronald Taylor's assets is granted.

2. The following property shall be sold by the United States Marshals Service at public action:

    1. 2002 Toyota Camry, VIN: JTDBE32K820044020;

    2. 1994 GMC Pickup, VIN: 1GTGC33N2RJ747444;

    3. 1978 Chevrolet El Camino, VIN: 1W80L8Z485947;

    4. Auburn Car Kit, SN: CA591334;

    5. 2001 Silver Mercedes;

    6. **Assets seized from 20008 Monarch Court, Walnut, CA.**
       (Items 10-52 in the Superseding Indictment):
       10. Sharp LCD TV, Model: LC10A2UW, SN: 011414655;

11. Panasonic 27" TV Model: PV-C2780, SN: EOAA13110;
12. Hitachi 36" TV, Model: M35UX70, SN: V53005847;
13. Pioneer Elite Pro-100 Projection TV SN: S1PT002035UC;
14. Bang & Olufsen Avant Flat Screen TV SN: 14942589;
15. Sony Trinitron 25" TV Model: KD27V20, SN: 7003496;
16. RCA 25" TV Proscan, Model: PS271, SN: 308660421;
17. Mitsubishi 50" TV, Model: VS50707, SN: 108217;
18. Fujitsu 42" Flat Screen Plasma TV, SN: 3009819;
19. Fujitsu 42" Flat Screen Plasma TV, SN: 3009953;
20. Mermaid Ventura LCD Flat Panel Monitor, SN: 204400593;
21. Bang & Olufsen Stereo Surround Sound System SN: 11669903W;
22. Bang & Olufsen Wall Mount CD Unit SN: 14896896 BeoSound 4000 w/two speakers;
23. Video Projector Runco VX1-b projection screen, SN: 05003809R;
24. GO-Video VHS/DVD DVR VHS Player SN: 033500021308;
25. Bang & Olufsen 6CD Player Stereo System and 4 speakers;
26. Panasonic DVD Player with Contorl, SN: KT1DA011572;
27. Kawai Baby Grand Piano with Bench, SN: 2382773;
28. Roche Bubois Brown Cloth Fabric Sofa Sectional (sofa);
28. Roche Bubois Brown Cloth Fabric Sofa Sectional (chair);
30. OSIM Suede Leather Massage Recliner SN: 7090630;
31. Five (5) Group of Composition Marble Occasional Tables (11 pieces total);
32. Beige Leather Sectional Sofa (6 pieces);
33. Golden West Inc Pool Billiard Table, Pool Sticks, Mirror and Pool Table Attachments;
34. Large Contemporary Mirror w/Double Gold Frame w/off white in between frames;
35. Console Table with Swans (3 pieces);
36. Contemporary Chess Set Design with checkers/chess design board;
37. Green Marble Bedroom Set, Two (2) nightstands and one (1) dresser (12 pieces total);
38. Continental System Preacher Curl, gray frame w/black upholstery;
39. Stair Master Stepper Free Chamber Model: 440pt;
40. Calif Machine Parabody Strength workout center, SN: 827184 w/three benches;
41. Gym Equipment Lateral Rowing Machine w/brown frame;
42. Gym Equipment Lateral Pulldown Machine, SN: 827184;
43. Gym Equipment Bench Press Bodysmith Workout Center w/bench & bar;
44. Gym Equipment Hack Squat Machine;
45. Gym Equipment Sit-Up Machine (decline bench);
46. Gym Equipment Treadmill Electric Schwinn, Model: 605 Strike

        Zone;
47. Gym Equipment Weight Stand Tree Bodysmith;
48. Gym Equipment Standing Abdominal Machine w/dip bench;
49. Gym Equipment Flat Bench;
50. Gym Equipment w/Full Set of 18 Dumbbells;
51. Gym Equipment Five (5) Long, Short & angled Curling Bars; and
52. Two (2) Full Sets of Weight Plates (25 pieces).

7. **Assets seized from 6641 Paramount Blvd., Long Beach, CA.** including 411 Wheel Rims, 1 box of wheel rim labels and 8 boxes of wheel caps (Items 53-59, & 74):
53. 34- 20 inch rims;
54. 165- 22 inch rims;
55. 105- 23 inch rims;
56. 1- 17.5 inch rims;
57. 99- unboxed custom rims;
58. 4- 5x5 rims;
59. 3- misc rims; and
74. one box of wheel labels.

8. **Assets seized from 1330 Blue Gum Street #A, Anaheim, CA.** including 144 wheel rims (Items 60-73):
60. HP Computer 8575C, SN: US00192150;
61. HP Computer 8590C, SN: US94690088;
62. HP Computer, 8590C, SN: US94690066;
63. Packard Bell Monitor Supreme 160, SN: N162071917;
64. Vitek Computer Monitor, VTM14A, SN: 0007001610;
65. Vitek Computer Monitor, VTM14A, SN: 0007001624;
66. HP Computer Monitor, Pavilion, SN: TT95201068;
67. HP Computer Monitor, Pavilion, SN: TT92801593;
68. HP Computer Monitor, Pavilion, SN: TT92801574;
69. UMAX Scanner, SN: HAV00BD031160;
70. Proxima Projector, SN: 60101082;
71. Phillips Magnavox 60" TV, PTV835, SN: 33134023;
72. Javelin Video Monitor, BWM12B, SN: M0060567; and
73. 144- 23 inch rims.

3. The net proceeds of the sale of the property will be substituted for the above-described property and held by the **UNITED STATES MARSHALS SERVICE** in the Asset Forfeiture Fund, an interest bearing account pending a final resolution of the

forfeiture proceedings.

4. The United States Marshals Service representative shall file a return documenting the sale proceeds for each asset.

Dated: 9.2.12

*[signature]*
WALTER HERBERT RICE
United States District Judge