IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | : | CASE NO. 3:04CR130-2 |
|---|---|---|
| PLAINTIFF, | : | JUDGE WALTER HERBERT RICE |
| v. | : | |
| RICHARD AUSTON, | : | |
| DEFENDANT. | : | |

## ORDER AMENDING JUDGMENT TO INCLUDE FORFEITURE

IT IS HEREBY ORDERED THAT:

1. The Judgment entered April 5, 2007, is hereby amended to include the provision that the Defendant shall forfeit his interest in the items on Attachment "B" Save and Excepting Items 1 and 4 Therein and a money judgment in the amount of $60,000.00.

2. All other terms of the Judgment shall remain the same.

Dated: 6/7/13

SO ORDERED:

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE